JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

OLGA ANOSHECHKINA,

    Plaintiff,

v.

NULOOM LLC et al.,

    Defendants.

Case No. 2:26-cv-01507-SB-BFM

FINAL JUDGMENT

Pursuant to the Court's March 25, 2026 order dismissing Plaintiff's claims against Defendants United Parcel Service and The UPS Store, Inc. for failure to state a claim and the separate order dismissing the remaining claims for lack of prosecution entered this day, it is ordered and adjudged that Plaintiff Olga Anoshechkina's claims against Defendants United Parcel Service and The UPS Store, Inc. are dismissed on the merits with prejudice, and Plaintiff's claims against Defendants Nuloom LLC, Amazon.com, Inc., and Amazon.com Services, LLC are dismissed without prejudice for lack of prosecution.

This is a final judgment.

Date: June 16, 2026

                                  Stanley Blumenfeld, Jr.
                              United States District Judge

1